HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
VALENTIN QUINTERO AISPURO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00182  AWI-BAM-1 |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS HEARING; ORDER |
| vs. | |
| VALENTIN QUINTERO AISPURO, and IMELDA MARTIN. | DATE:  January 13, 2014<br>TIME:   1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Michael S. Frye, counsel for plaintiff, Assistant Federal Defender, Jeremy Kroger, counsel for defendant Valentin Quintero Aispuro, and Anthony P. Capozzi, counsel for defendant Imelda Martin, that the motions hearing currently set for December 18, 2013 before Magistrate Judge Barbara McAuliffe, **may be rescheduled to January 13, 2014 at 1:00 p.m.**

Counsel for Mr. Quintero-Aispuro requests this continuance because he may be in trial on the previously-scheduled date.  The requested continuance will therefore conserve time and resources for counsel and the Court.

/ / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated:  December 10, 2013      /s/ Michael S. Frye
MICHAEL S. FRYE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  December 10, 2013      /s/ Jeremy Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
VALENTIN QUINTERO AISPURO

Dated:  December 10, 2013      /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant
IMELDA MARTIN

## O R D E R

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause.  Motions hearing currently set for December 18, 2013 before Magistrate Judge Barbara McAuliffe, **is rescheduled to January 13, 2014 at 1:00 p.m. before Judge McAuliffe.**  The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  **December 10, 2013**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE