BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>             v.<br><br>VALENTIN QUINERO AISPURO,<br><br>                          Defendant. | 1:13-cr-00182 AWI BAM<br><br>STIPULATION TO CONTINUE HEARING DATE;<br> FINDINGS AND ORDER |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate that by previous order, this matter was set for a motion to unseal the search warrant on March 18, 2014.  To accommodate travel plans by the attorney for the government and to allow the parties further opportunity to resolve the outstanding discovery dispute that is the subject of the pending motion, the parties agree to continue the hearing in this matter until March 25, 2014, at 1:30 p.m.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18

U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED:  March 12, 2013			Respectfully submitted,

					BENJAMIN B. WAGNER
					United States Attorney

					/s/ Michael S. Frye_____
					MICHAEL S. FRYE
					Assistant United States Attorney

DATED:  March 12, 2013

					/s/ Jeremy Kroger_____
					JEREMY KROGER
					Counsel for Defendant


**O R D E R**

    Based on the stipulation of counsel and for good cause, it is ORDERED that the hearing on the motion to unseal is continued from March 18, 2014, to March 25, 2014, at 1:30 p.m. before Judge McAuliffe.  The court further finds that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

    Dated:   **March 13, 2014**			/s/ *Barbara A. McAuliffe*_____
						UNITED STATES MAGISTRATE JUDGE