HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
VALENTIN QUINTERO AISPURO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00182  AWI-BAM-1 |
| Plaintiff, | STIPULATION TO VACATE MARCH 27, 2014 HEARING, SCHEDULE STATUS CONFERENCE; ORDER |
| vs. | |
| VALENTIN QUINTERO AISPURO, *et al.* | DATE: April 14, 2014 |
| Defendant. | TIME:   1:00 p.m. |
| | JUDGE: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Michael S. Frye, counsel for plaintiff, Assistant Federal Defender, Jeremy Kroger, counsel for defendant Valentin Quintero Aispuro, that the hearing currently set for March 27, 2014 before Magistrate Judge Barbara McAuliffe, **may be vacated and a Status Conference be scheduled for April 14, 2014 at 1:00 p.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

///

///

///

///

                    BENJAMIN B. WAGNER
                    United States Attorney

Dated: March 25, 2014       /s/ Michael S. Frye
                    MICHAEL S. FRYE
                    Assistant United States Attorney
                    Attorney for Plaintiff


                    HEATHER E. WILLIAMS
                    Federal Defender

Dated: March 25, 2014       /s/ Jeremy Kroger
                    JEREMY S. KROGER
                    Assistant Federal Defender
                    Attorney for Defendant
                    VALENTIN QUINTERO AISPURO


**O R D E R**

     **IT IS SO ORDERED.** For the reasons set forth above and based upon the representations of counsel, the continuance requested is granted for good cause that the Defendant's Motion to Produce Search Warrant (Doc. 16) is withdrawn as Moot and Motion hearing on March 27, 2014 at 1:30pm before Judge McAuliffe is VACATED. A 4th Status Conference is set for April 14, 2014 at 1:00PM before Judge McAuliffe. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

    Dated:  **March 25, 2014**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE