BENJAMIN B. WAGNER
United States Attorney
Michael S. Frye
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VALENTIN QUINERO AISPURO, <br><br> Defendant. | CASE NO. 1:13-cr-00182 AWI BAM <br><br> STIPULATION AND ORDER CONTINUING HEARING DATE |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate that a continuance of the hearing date in this matter is necessary and hereby request an order continuing the hearing on the Motion to Suppress from November 3, 2014, to **November 17, 2014,** at 10:00 a.m.  Further, the parties stipulate that the date for the government to file a response shall be extended to **October 20, 2014**, and the date for the defendant to file a reply brief shall be extended to **November 3, 2014**.  This request is made to allow counsel for the government additional time to adequately address issues raised in defendant's Motion to Suppress.  The attorney for the government misunderstood that the defense attorney would be seeking a new hearing date for the

1

motion to suppress and new dates to file pleadings and overlooked the defense motion when it was filed.

The parties stipulate to exclude time to November 17, 2014 and agree that the proposed continuance of the hearing date will served the ends of justice, and that the need for a continuance outweighs the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: October 6, 2014  Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Michael S. Frye
MICHAEL S. FR/YE
Assistant United States Attorney

DATED:  October 6, 2014

/s/ Salvatore Sciandra
SALVATORE SCIANDRA
Counsel for Defendant

**O R D E R**

Based on the stipulation of counsel and for good cause, it is ORDERED that the hearing on the Defendant's Motion to Suppress in this matter is continued from November 3, 2014, to November 17, 2014, at 10:00 a.m., that the government's opposition shall be filed by October 20, 2014, and that the Defendant's reply brief shall be filed by November 3, 2014.

IT IS SO ORDERED.

Dated:   October 6, 2014                  _____
                                          SENIOR  DISTRICT  JUDGE